(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| MARCUS SHARP | CASE NUMBER: 05- 17M-MPT. CR 05-08-GMJ |

**To:** The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Marcus Sharp when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with (brief description of offense)

possession of a firearm by a felon

in violation of Title __18__ United States Code, Section (s) __922(g)(1) and 924(a)(2)__

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

February 9, 2005    Wilmington, DE
Date and Location

Bail fixed at $ _____    by _____
                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __Wilmington Delaware__

| DATE RECEIVED 2/9/05 | NAME AND TITLE OF ARRESTING OFFICER Jason Kusheba Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] for Jason Kusheba |
|---|---|---|
| DATE OF ARREST 2/9/05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest