


FILED
MAR 10 12 58 PM '05
CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Criminal Action No. 05-08-GMS** |
| **MARCUS SHARP,** | : | |
| **Defendant.** | : | |

**SUPERSEDING INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT I**

On or about February 8, 2005, in the State and District of Delaware, Marcus Sharp, defendant herein, did knowingly possess in and affecting interstate commerce, the following firearms: a Colt, Python, .357 revolver, serial number 71377; and an Intratec, Model Tec-9, 9mm semiautomatic pistol, serial number 18348, after having been convicted on or about February 12, 2003, of a crime punishable by a term of imprisonment exceeding one year, in the United States District Court for the District of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT II**

On or about February 8, 2005, in the State and District of Delaware, Marcus Sharp, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT III**

On or about February 8, 2005, in the State and District of Delaware, Marcus Sharp, defendant herein, in furtherance of his possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, as set forth in Count II of the Superseding Indictment, a drug trafficking crime for which he may be prosecuted in a court of the United States, did knowingly possess the following firearms: a Colt, Python, .357 revolver, serial number 71377; and an Intratec, Model Tec-9, 9mm semiautomatic pistol, serial number 18348, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (D).

**COUNT IV**

On or about December 8, 2004, in the State and District of Delaware, Marcus Sharp, defendant herein, did knowingly conspire with "E.D." to commit an offense against the United States, to wit, to knowingly make a false statement in connection with the acquisition of a firearm, to wit, an Intratec, Model Tec-9, 9mm semiautomatic pistol, serial number 18348, from Miller's Gun Center in New Castle, Delaware, a federally licensed firearms dealer, which statement was intended and likely to deceive Miller's Gun Center as to a fact material to the lawfulness of the sale of the firearm, a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). In furtherance thereof, the following overt acts, among others, were committed in the District of Delaware:

a) On or about December 8, 2004, "E.D." purchased an Intratec, Model Tec-9, 9mm semiautomatic pistol, serial number 18348, for and at the direction of the defendant.

b) On or about December 8, 2004, "E.D." certified on an ATF Form 4473 that he was the actual purchaser of the firearm.

All in violation of Title 18, United States Code, Section 371.

**COUNT V**

On or about December 8, 2004, in the State and District of Delaware, Marcus Sharp, defendant herein, did knowingly aid and abet and did willfully cause "E.D.," in connection with the acquisition of a firearm, to wit, an Intratec, Model Tec-9, 9mm semiautomatic pistol, serial number 18348, from a federally-licensed firearms dealer, Miller's Gun Center in New Castle, Delaware, to knowingly make a false statement intended and likely to deceive the federally-licensed dealer with respect to a fact material to the lawfulness of the sale of the firearm, to wit, "E.D." falsely stated that he was the actual purchaser of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

**TRUE BILL:**

________________________
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: ________________________
April M. Byrd
Assistant United States Attorney

Dated: March 10, 2005