IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-8 GMS |
| | : |
| MARCUS SHARP | : |

## ORDER TO EXCLUDE TIME

The defendant, Marcus Sharp, was arraigned on the Superseding Indictment on March 31, 2005. At the time of his arraignment the defendant, through counsel, requested and received an extension until May 5, 2005, to file pretrial motions. A change of plea hearing has been scheduled before Judge Gregory M. Sleet on Friday, May 27, 2005, at 10:00 a.m. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between May 5, 2005, and May 27, 2005, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.


May 10, 2005                     /s/ Gregory M. Sleet
                                 UNITED STATES DISTRICT JUDGE