# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

          Plaintiff,

v.                                                       Case No.: 1:05–cr–00008–GMS
                                                    Honorable Gregory M. Sleet

Marcus Sharp

          Defendant.

TYPE OF CASE:           Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF HEARING as to Marcus Sharp: Change of Plea Hearing set for 5/27/2005 at 10:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

May 10, 2005

                                                          Peter T. Dalleo, Clerk
                                      McDavid, Marie mmm, Deputy Clerk