# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

    Plaintiff,

v.                                         Case No.: 1:05–cr–00008–GMS
                                                     Honorable Gregory M. Sleet

Marcus Sharp

    Defendant.

TYPE OF CASE:             Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF HEARING as to Marcus Sharp. Sentencing set for 8/31/2005 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

May 27, 2005

                                                                                             Peter T. Dalleo, Clerk
                                                   McDavid, Marie mmm, Deputy Clerk