IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-08-GMS |
| | ) | |
| MARCUS SHARP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney April Byrd as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

        COLM F. CONNOLLY
        United States Attorney

By: *Richard G. Andrews*
        Richard G. Andrews
        Assistant United States Attorney
        Nemours Building, #700
        P.O. Box 2046
        Wilmington, Delaware  19899-2046
        richard.andrews2@usdoj.gov

Dated:  August 23, 2005

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-08-GMS |
| ) | |
| MARCUS SHARP, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on August 23, 2005, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Penny Marshall, Esquire
> Federal Public Defender's Office
> First Federal Plaza, suite 110
> 704 King Street
> Wilmington, Delaware 19801
> ecf_pm@msn.com

/s/ Sharon L. Bernardo