IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 05-08-GMS |
| MARCUS SHARP | ) ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, II, IV and V of the Superseding Indictment in the above-captioned case pursuant to the Memorandum of Plea Agreement dated May 27, 2005.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Richard G. Andrews
Richard G. Andrews
Assistant United States Attorney

Dated: 8/31/05

IT IS SO ORDERED this 31st day of August, 2005

Honorable Gregory M. Sleet
United States District Court

FILED
AUG 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE